FILED: 5/14/12
JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Bradley Couch*,<br>        Plaintiff,<br>    v.<br>*JPMorgan Chase Bank, N.A., et al.*,<br>        Defendants. | CASE NO. CV 11-8710-GHK (SSx)<br><br>JUDGMENT |

    Pursuant to the Court's May 14, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff Bradley Couch's ("Plaintiff") claims against Defendants JPMorgan Chase Bank, N.A. and Bank of America, N.A. are **DISMISSED with prejudice.** Plaintiff shall take nothing by this Complaint.

    **IT IS SO ORDERED**.

DATED: May 14, 2012

_____
GEORGE H. KING
United States District Judge